JOSEPH L. BRANDT v. WALTER WINCHELL et al.— Motions for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ. [See *ante*, p. 338.]

◼

GEORGE W. McGRATH v. AMERICAN SURETY COMPANY OF NEW YORK.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ. [See *ante*, pp. 693, 698.]

◼

THE PEOPLE OF THE STATE OF NEW YORK v. EDGAR DANIELS.— Motion for reargument denied. Present — Peck, P. J., Dore, Breitel and Bergan, JJ. [See 281 App. Div. 957.]

## SECOND DEPARTMENT, MARCH, 1954.

### (March 1, 1954.)

◼

KATHERINE MADDEN, Respondent, v. FEDERATED DEPARTMENT STORES, INC. (BLOOMINGDALE BROS. DIVISION), as Successor to BLOOMINGDALE BROS. INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Adel, MacCrate and Beldock, JJ.; Murphy, J., not voting.